UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Janine M. Wallace

v.                                                    Civil No. 09-cv-173-SM

State of New Hampshire, et al

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The attachment (pages 1-50) to [1] complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachment to complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Attachment to Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: 5/26/09

cc:   Janine M. Wallace, pro se