## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Janine M. Wallace,
    Plaintiff

      v.                                Case No. 09-cv-173-SM

State of New Hampshire
and Normand J. Patenaude,
    Defendants

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 29, 2009, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed.

SO ORDERED.

October 30, 2009                              _____
                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:    Janine M. Wallace, pro se